UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:23-cr-40-SPC-KCD

RICHARD WELBOURNE

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 53). The Government seeks to have forfeited a Hewlett Packard desktop computer, Model D18-180P3A, S/N 2M09455KJG, which was subject to a January 31, 2024 preliminary order of forfeiture. (Doc. 50).

Although the Government gave proper notice, no third parties have petitioned for the "Assets," and the time to do so has expired. Thus, the court will forfeit all right, title, and interest in the Hewlett Packard desktop computer, Model D18-180P3A, S/N 2M09455KJG, to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 53) is **GRANTED**.

1. Defendant's interest in the Hewlett Packard desktop computer, Model D18-180P3A, S/N 2M09455KJG is **CONDEMNED** and **FORFEITED**

to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

    2.    Clear title to the "Assets" is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on April 25, 2024.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record